UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VINCENT EMILIO MESA ECHEVARRIA,

        Plaintiff,

against

STEVE BRANDES, et al.

        Defendants.

CIVIL ACTION NO.: 19 Civ. 10268 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Plaintiff's Declaration in response to the Order to Show Cause. (ECF No. 6). Plaintiff's request for an extension of time until **March 27, 2020** to effect service is GRANTED.

The Clerk of Court is respectfully directed to mail a copy of this Order to the Plaintiff at the below address.

Dated:     New York, New York
           March 3, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To:    Vincent Emilio Mesa Echevarria
           469 W. 169 St., Apt. 5E
           New York, NY 10032