UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VINCENT EMILIO MESA ECHEVARRIA,

                          Plaintiff,

  against

STEVE BRANDES, et al.

                         Defendants.

CIVIL ACTION NO.: 19 Civ. 10268 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Per the Court's Order at ECF No. 7, Plaintiff was to effect service on defendants by March 27, 2020. No evidence of service has been filed on the docket. The Plaintiff is here by ORDERED to file proof of service on the docket by **May 1, 2020**.

In light of the current global health crisis, parties proceeding pro se are encouraged to submit all filings by email to Temporary_Pro_Se_Filing@nysd.uscourts.gov. Pro se parties also are encouraged to consent to receive all court documents electronically. A consent to electronic service form is attached to this order and is available on the Court's website. Pro se parties who are unable to use email may submit documents by regular mail or in person at the drop box located at the U.S. Courthouse in Manhattan (500 Pearl Street). For more information, including instructions on this new email service for pro se parties, please visit the Court's website at nysd.uscourts.gov. The Court is also including information about receiving case information electronically.

Dated:      New York, New York
             April 10, 2020                                                 SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

<u>Mailed by Chambers To</u>:    Vincent Emilio Mesa Echevarria
469 W. 169 St., Apt. 5E
New York, NY 10032