UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VINCENT EMILIO MESA ECHEVARRIA,

                          Plaintiff,

  against

STEVE BRANDES, et al.

                         Defendants.

CIVIL ACTION NO.: 19 Civ. 10268 (PAE) (SLC)

**ORDER FOR PROPER SERVICE**

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff filed the complaint in this matter on November 5, 2019. (ECF No. 2). Federal Rule of Civil Procedure 4(m) provides that service must be made within 90 days after the complaint is filed, and service must be made in accordance with the Rule 4.

Per the Court's Order at ECF No. 7, Plaintiff was to effect service on defendants by March 27, 2020. No evidence of service was filed on the docket, and Plaintiff was ordered to filed proof of service by May 1, 2020. On April 30 and May 7, 2020, Plaintiff filed documents indicating that he served by certified mail the summons and complaint on Defendants Steve Brandes and Laura Rolo. (ECF Nos. 10–11). However, mailing the summons and complaint by certified mail does not constitute proper service under Federal or New York rules. See Fed. R. Civ. P. 4(e)(1)-(2); N.Y. C.P.L.R. §§ 308(1)-(2), 311(1), 312-a(a).

By **July 27, 2020** Plaintiff must properly serve Defendants pursuant to Rule 4 of the Federal Rules of Civil Procedure.

The Court also notes that there is a legal clinic in the Southern District of New York to assist parties in civil cases who do not have lawyers. The Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of or run by the Court and it cannot

accept filings on behalf of the Court.  The Clinic is located at the Thurgood Marshall United States Courthouse, 40 Centre Street, Room LL22, New York, New York 10007, which is just inside the Pearl Street entrance to the Courthouse.

As a public health precaution, the New York Legal Assistance Group's Legal Clinic for Pro Se Litigants has temporarily suspended all in-person client meetings as of Tuesday, March 17, 2020. Limited scope legal assistance will continue to be provided, but only by appointment and only over the phone. During this time, we cannot assist walk-in visitors to the clinic.  If you need the assistance of the clinic, please <u>call 212-659-6190 and leave a message</u>, including your telephone number, and someone will get back to you as soon as possible.

Dated:   New York, New York
         June 8, 2020

                                          SO ORDERED

                                          _____
                                          **SARAH L. CAVE**
                                          **United States Magistrate Judge**

Copy mailed by Chambers To:   Vincente Emilio Mesa Echevarria
                              469W 163rd St.
                              Apt. 5E
                              New York, NY 10032