UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICENTE EMILIO MESA ECHEVARRIA., <br><br> Plaintiff, <br> -v- <br><br> STEVE BRANDES, et al., <br><br> Defendants. | 19 Civ. 10268 (PAE) (SLC) <br><br> <u>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

The Court has been notified that a question has arisen as to the existence of subject matter jurisdiction in this matter, which has been referred for general pretrial supervision to the Hon. Sarah L. Cave, United States Magistrate Judge. The Court asks Judge Cave to prepare a Report and Recommendation on this issue, which the Court views as incident to her supervision of this matter.

SO ORDERED.

                                                              PAUL A. ENGELMAYER
                                                              United States District Judge

Dated: October 13, 2020
           New York, New York