UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VINCENT EMILIO MESA ECHEVARRIA,

                        Plaintiff,

             -v-

STEVE BRANDES, et al.,

                       Defendants.

19 Civ. 10268 (PAE) (SLC)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      The Court has received a notice from plaintiff Vicente Emilio Mesa Echevarria, which, although styled as a notice of appeal, appears in substance to seek additional time to respond to the Report and Recommendation issued by the Hon. Sarah L. Cave, United States Magistrate Judge, on October 14, 2020. The Court will grant an extension for Mr. Echevarria until November 13, 2020, to file his objections. The Court directs the Clerk of Court to mail this order to Mr. Echevarria at the address given on his notice of appeal: 469 W 163rd St., Apt. 5E, NY NY 10032.

      SO ORDERED.

                                                           Paul A. Engelmayer
                                                           United States District Judge

Dated: October 28, 2020
         New York, New York